No. 12–5138. LAU *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 12–5141. WILLIAMS *v.* ROBERTSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5142. WHEATEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5143. THOMAS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–5144. TOYENS-VILLEGAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5146. MOSER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5147. PARSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5148. NENG POR YANG *v.* NUTTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–5149. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5151. BRIGHT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–5152. BOWLER *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5153. BROMWELL ET AL. *v.* NIXON ET AL. Sup. Ct. Mo. Certiorari denied.

No. 12–5154. ROJAS *v.* KIRKLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5156. STURM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5157. RAMEZ *v.* GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 12–5158. SHIELDS *v.* FRONTIER TECHNOLOGY LLC, DBA MICROAGE LLC, ET AL. C. A. 9th Cir. Certiorari denied.